**MEMO ENDORSED**

# MCF

Michael C. Farkas, Esq., PLLC

P: 212.760.8400 • F: 212.760.8403 • E: mfarkas@farkaslawfirm.com

88 Pine Street, 22nd Floor  
New York, New York 10005

32 Court Street, Suite 408  
Brooklyn, New York 11201

August 10, 2021

<u>Via ECF</u>

Hon. Andrew L. Carter, Jr.  
U.S. District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC#: _____  
DATE FILED: __8/18/21__

Re: <u>United States v. Shakil Ahmed</u>  
    21 CR 456

Your Honor:

I write to request that the Court modify defendant Shakil Ahmed's bail conditions in the referenced matter, specifically with regard to his travel restriction.

Mr. Ahmed wishes to travel with his family to Orlando, Florida from approximately August 29, 2021 to September 5, 2021, to visit Disneyworld (his final travel dates will be finalized if this request is approved). Mr. Ahmed has first reviewed this request with his pre-trial services officer, who indicated to me that she has no objection to this request so long as Mr. Ahmed provides Pre-Trial Services with an itinerary after his travel arrangements are secured.

Further, I have conferred with AUSA Thomas John Wright, who advises that the government takes no position and defers to Pre-Trial Services with regard to this application.

Very truly yours,

Michael C. Farkas

The application is **GRANTED.**  
So Ordered.

_Andrew T Carter_ 8/18/21