UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                                                              **ORDER**

                                                                              21-CR-456 (ALC)

        -against-

Shakil Ahmed,

                Defendant(s)
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    A Change of Plea Hearing is set for **October 7, 2021** at **12:30 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       September 28, 2021

                                                          _____
                                                        ANDREW L. CARTER, JR.
                                                        UNITED STATES DISTRICT JUDGE