UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

       Plaintiff,

  -against-

SHAKIL AHMED,

       Defendant.

------------------------------------------------------------------- x

21-CR-456 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

 A Change of Plea Hearing is set for **October 19, 2021** at **2:00 p.m.**

**SO ORDERED.**

**Dated:** New York, New York
    October 15, 2021

               _/s/ Andrew L. Carter, Jr._
               **ANDREW L. CARTER, JR.**
               **United States District Judge**