USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-13-22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

United States of America,

                                        **ORDER**

                                        **21-CR-456 (ALC)**

        -against-

**Shakil Ahmed,**
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    The sentencing set for February 22, 2022 is adjourned to **April 29, 2022** at **1:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       January 13, 2022

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**