USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **7-12-22**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                 **ORDER**

                                 21-CR-456 (ALC)

        -against-

Shakil Ahmed,
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    Due to a conflict on the Court's calendar, the sentencing scheduled for July 15, 2022 at 12:00 p.m. is being adjourned to **2:30 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       July 12, 2022

                                          _____
                                          **ANDREW L. CARTER, JR.**
                                          **UNITED STATES DISTRICT JUDGE**