**MEMO ENDORSED**

# MCF

Michael C. Farkas, Esq., PLLC

P: 212.760.8400 • F: 212.760.8403 • E: mfarkas@farkaslawfirm.com

88 Pine Street, 22nd Floor  
New York, New York 10005

32 Court Street, Suite 408  
Brooklyn, New York 11201

March 10, 2023

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC#: _____  
DATE FILED: 3/22/23

<u>Via ECF</u>

Hon. Andrew L. Carter, Jr.  
U.S. District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Re: <u>United States v. Shakil Ahmed</u>  
    21 CR 456

Your Honor:

I write at the Probation Department's request to seek the Court's permission for my client to travel internationally.

Mr. Ahmed wishes to travel with his wife and children to his family home in Bangladesh. Because he has not been able to visit his extended family there in over 6 years, Mr. Ahmed wishes to stay for an extended time, which is customary in similar circumstances within Mr. Ahmed's community. Additionally, Mr. Ahmed and his family wish to undertake the Hajj pilgrimage in Saudi Arabia. Because making major trips like these at different times would be quite cost prohibitive, Mr. Ahmed wishes to do both, back to back, so that he can go directly from Bangladesh to Saudi Arabia.

Mr. Ahmed and I have vetted his itinerary, including the length of each leg of his trip (the combination of which will total approximately 5½ weeks) with Probation Officer Lisa Famularo, who has indicated the Department's consent to this request.

Accordingly, I request that Mr. Ahmed be permitted to travel with his family as indicated, upon the condition that he provide a fully detailed itinerary to the Department of Probation.

Thank you.

Very truly yours,

Michael C. Farkas

The application is **GRANTED**.  
So Ordered.

*/s/ Andrew L. Carter*   3/22/23